JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANABEL MUNOZ,

     Plaintiff,

         v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

     Defendant.

No. 2:24-cv-02942-DTB

[PROPOSED] JUDGMENT

     Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:   August 28,  2024

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge

-1-