ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Anabel Munoz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANABEL MUNOZ, | CASE NO. CV 24-02942-DTB |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX -THOUSAND SIX-HUNDRED DOLLARS and NO CENTS ($6,600.00) as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: October 17, 2024   _____
UNITED STATES MAGISTRATE JUDGE

1